**Exhibit A to the Complaint**

**Location:** Lancaster, PA  **IP Address:** 71.58.113.156
**Total Works Infringed:** 32  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 07BBC78B7996241BEF66BCCA7757E14A9731F889<br>File Hash:<br>42AFAD743BC5E03502D1206F80B991B3B60DA02A44998C47516208A1FE7F72CC | 11-07-2023<br>02:11:34 | Tushy | 11-05-2023 | 11-13-2023 | PA0002439640 |
| 2 | Info Hash: 179A031C274721F319B7E9B383EBC8D53D45790A<br>File Hash:<br>D836A9F45E4D95D9B508AED8D8657ACCDEE27BBDEA56E0C0723A5D72758A8ACE | 11-07-2023<br>02:09:16 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 3 | Info Hash: 9EC732011F215FD95187FAC85E51723BABF4471F<br>File Hash:<br>DCC48FE6CDB3EC7D46FBD46E536C18B5FF021D7997B20A573024E6B8037E4774 | 11-05-2023<br>16:10:14 | Vixen | 11-03-2023 | 11-14-2023 | PA0002439696 |
| 4 | Info Hash: DE91B3E0A4A6E6C6DFC13D1A4B9F26A03B99597E<br>File Hash:<br>FD4A7789336A9406A0C3556B3D7B911BEAEADCE5FEC0C5DA74928428284197F8 | 11-05-2023<br>16:07:30 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 5 | Info Hash: 28CEE246BCC571FEE245129BCD4831E99BE89E57<br>File Hash:<br>8DC04F5C1306F8375037F13B9E7D6C19444B8B0C211DD6A27F713D576AEA6A95 | 10-15-2023<br>22:51:30 | Tushy | 10-15-2023 | 11-13-2023 | PA0002439634 |
| 6 | Info Hash: 13FC6B6EE61DA4E2EEC03351F89AB9631AAE313B<br>File Hash:<br>BC5E495A452BCABE454947F7A83600995319CB6857FFB48D8770387D4FCE1DEE | 10-12-2023<br>22:10:14 | TushyRaw | 10-11-2023 | 11-14-2023 | PA0002439659 |
| 7 | Info Hash: 2026CB54B901DFC5A0492D0621144FB0646DD9E9<br>File Hash:<br>2F520279E32AC7533C153324CB0D16EB5934F31EFD3FA050ADC62FF1BB34504D | 10-09-2023<br>17:31:30 | Tushy | 10-08-2023 | 10-18-2023 | PA0002435597 |
| 8 | Info Hash: 0B18819A182660AFCC831CC5B2F47353BE6D1E7A<br>File Hash:<br>09C6D1C19B7D02633BA982E9577BFBAEE7E4CF801BF849F58128C1CE115FF317 | 10-05-2023<br>23:41:15 | Tushy | 10-01-2023 | 10-18-2023 | PA0002435349 |
| 9 | Info Hash: D16C10C03A150B1FD33994405C9BF38BE44E8B6B<br>File Hash:<br>890F83A1155C8ED9AF529771390297DFC1FBB265E77757CCA9E2C9146F95EF2B | 09-24-2023<br>23:48:33 | Tushy | 09-24-2023 | 10-18-2023 | PA0002435287 |
| 10 | Info Hash: ADFA26E7470F2DEC965C40F25B254A202903E449<br>File Hash:<br>055A2F5CC43319D331AB42B2C7B37A03112108A5C93F826898D29ED5E5CC324D | 09-20-2023<br>10:11:54 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 11 | Info Hash: 52A57E9EF032B7C22A0F4BCF81506E3EA6BD1363<br>File Hash:<br>3DC1DEF4C58585068CFA82CB84BEED08D67604D1189730160EF004B8D076BBA5 | 09-14-2023<br>22:13:42 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 28678473D8DA8D24E4E8FACE9BA6D3FE20CA8C66<br>File Hash: 24A9E8CC89996C8A671D9F1F987D3A820EABC2C8EE4C65C7C39D152487952EEF | 09-14-2023 22:11:06 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 13 | Info Hash: 3CBDC932444FE5B8B64B2BCC064358DDD8D91934<br>File Hash: 9D5AE653E457DE7F0503D81AF92C6B57872B5D16A3E7D8A38656523494FF4359 | 09-02-2023 12:31:52 | TushyRaw | 08-30-2023 | 09-18-2023 | PA0002430961 |
| 14 | Info Hash: F42277D261D46B12C8423C186843DA56804C6CB2<br>File Hash: 50BFE510D3248260D0DC0D41A6CF1A57750888480D2340F2B375D1CEE54E927B | 08-21-2023 12:20:48 | Tushy | 08-20-2023 | 09-18-2023 | PA0002430899 |
| 15 | Info Hash: 4737311B2F2EF13CE8D4D00DB133FD92217FE068<br>File Hash: 9819AB75418CDF63B4E0558DF77765175A796FA655E9E05971000CD635715943 | 08-17-2023 22:10:13 | Tushy | 08-13-2023 | 10-18-2023 | PA0002435313 |
| 16 | Info Hash: 1F60A792735E33DA783368483F858EBA47836DAE<br>File Hash: 27E77AEB089867908654A73D5E30AE994B9113DA934580242A7B42B7E42B13A3 | 08-17-2023 22:09:15 | TushyRaw | 08-16-2023 | 09-18-2023 | PA0002431113 |
| 17 | Info Hash: CBFCE52ACC78605F8B2CC9F6465302F34DA73918<br>File Hash: 2889B999617B3763A8E28B1B05A5086F5DBDF56988F8520A0E323DFE8D6456FE | 08-12-2023 19:53:28 | Vixen | 08-11-2023 | 10-18-2023 | PA0002435601 |
| 18 | Info Hash: 0AA471B345FAE85FD3287770E5F817AA61CF83E0<br>File Hash: D69F9B243D7B6C74E96A2B92299155828B242B9AE816CECC131F9A547E6FC197 | 08-09-2023 23:30:07 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 19 | Info Hash: 4A852574E0902D24F81F0D08EDFA788F2A6F6C04<br>File Hash: A27EDF2F372FAC60C7B37B90E6265F49C6483CD1B0AF61223B8C95E7C994993F | 08-09-2023 23:29:33 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 20 | Info Hash: 416368AAB9C5203B74C195400EA0B0767404D808<br>File Hash: EC9EA41391D803FFACCBBD143E44853D832AEEF0D9C89975DA8B103FF61E0672 | 08-08-2023 00:33:18 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 21 | Info Hash: F0EB5A6C5DAC99B7DD5281A3A341A4024E25C0F8<br>File Hash: C36D715D9B1EEF6051D38B13AAE7634664EBF9751192811B3A9B481D706FFC77 | 08-06-2023 21:25:31 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 22 | Info Hash: FB156C5F688006303EBDC9CDFF1772336FBA53F8<br>File Hash: AA440904DA6EA255A08796CF905511ED70E555C6C6F2BA78A948AFACA478FD0A | 08-05-2023 14:34:22 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 23 | Info Hash: F9716007E6CAD9686EBFE6FA156C9BD41FB499E8<br>File Hash: 31989ED7703D726A62E91E82BD527992F98DFD0B6384B0A3D18816BD798C6FFE | 08-02-2023 23:51:37 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EA7B887FB5ABF2ED30E97BBF8EDB79EF2238FBA6<br>File Hash: C1A262B1B5BBBA87ADF17E66656D5263E248A6B364A9BB47992E440E4F960CAB | 07-23-2023 16:04:30 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 25 | Info Hash: 493C22A4DCBF1BE24A8D50B6B8A386B44ED82097<br>File Hash: CA85C9705E779A3DA2EA86B8EF1079FB80E069231510A0C60BFFDAD55E24F16B | 07-18-2023 23:36:15 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |
| 26 | Info Hash: 2E7F1857614CC274AF20C9DD87F3C1174D770D1B<br>File Hash: 6A990F12169E46A2D505A3A56AD659568132F2A2612973AB9E0601770842B0C3 | 07-18-2023 23:34:37 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 27 | Info Hash: 26F5560C4A9A70880313BB299014762E7373199B<br>File Hash: 5A71511788AD13E0C61313DE243DA736AA5248C8067F4AFB89F13A96DF82861E | 06-20-2023 22:53:17 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 28 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash: 4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05-22-2023 23:19:19 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 29 | Info Hash: 020E4F3130F70D056AA541C7DCB45BB96987491D<br>File Hash: 365ADEA596D33689CF1320BD7DB91433BED05EB2F09978D85B7B9A90469C59EE | 05-06-2023 11:03:29 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 30 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash: C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 03-19-2023 18:11:51 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 31 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash: 84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 03-02-2023 01:57:12 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 32 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-02-2023 23:05:56 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |